In the Matter of the Claim of MARGARET E. McCARTHY, Widow, on Behalf of Herself and JOHN P. McCARTHY and Others, Infants, Respondent, against REMINGTON RAND, INC., Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued March 1, 1950; decided April 6, 1950.

*Martin F. Kendrick* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Gilbert M. Landy, Wendell P. Brown* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs to the Workmen's Compensation Board; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.